UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TRICIA ANN BAYSINGER F/K/A TRICIA A. CRAWFORD, § § § | |
| Plaintiff, § | |
| § | Civil Action No. 4:20-cv-00319-RWS-KPJ |
| v. § § | |
| BOUNCE ENERGY, INC., § § | |
| Defendant. § | |

**JOINT NOTICE OF SETTLEMENT OF CLAIMS**

Plaintiff Tricia Ann Baysinger f/k/a Tricia A. Crawford ("Plaintiff") and Defendant Bounce Energy, Inc. ("Defendant") (collectively, the "Parties") hereby file this Joint Notice of Settlement of Claims (the "Notice") and show the following:

1. The Parties hereby notify the Court they have reached a settlement of their dispute. The settlement resolves all claims at bar the Parties have asserted against each other in their live pleadings in this proceeding.

2. The Parties are currently in the process of preparing a formal, written settlement agreement and request the Court grant a stay as to all deadlines, settings and related matters in this case, and to retain this case as open on the Court's docket to afford the Parties sufficient time to draft and execute such agreement and the necessary and related settlement papers and notices.

3. The Parties anticipate filing with the Court a Stipulation of Dismissal with Prejudice within 45 days.

WHEREFORE, PREMISES CONSIDERED, the Parties notify the Court they have settled all live claims in this cause and request the Court retain jurisdiction over this matter; stay all

pending deadlines, settings and other related matters; and maintain the case as open on the Court's docket until the Parties file formal dismissal papers.

Dated: December 2, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ James J. Manchee* | */s/ "Trey" B.G. Sandoval III (w/permission)* |
| James J. Manchee | Michele Y. Smith |
| State Bar Number 00796988 | State Bar No. 00785296 |
| jim@mancheelawfirm.com | MicheleSmith@Mehaffyweber.com |
| Manchee & Manchee, PC | "Trey" B.G. Sandoval III |
| 5048 Tennyson Parkway, Suite 250 | State Bar No. 24048784 |
| Plano, Texas 75024 | TreySandoval@Mehaffyweber.com |
| (972) 960-2240 (Telephone) | MehaffyWeber, P.C. |
| (972) 233-0713 (Facsimile) | One Allen Center |
| | 500 Dallas Street, Ste 1200 |
| **ATTORNEYS FOR PLAINTIFF** | Houston, Texas 77002 |
| | T: (713) 655-1200 |
| | F: (713) 655-0222 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

*/s/ James J. Manchee*
James J. Manchee