# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TRICIA ANN BAYSINGER F/K/A TRICIA A. CRAWFORD, <br><br> Plaintiff, <br><br> v. <br><br> BOUNCE ENERGY, INC., <br><br> Defendant. | § § § § § § § § § § § § Civil Action No. 4:20-cv-00319-RWS-KPJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tricia Ann Baysinger f/k/a Tricia A. Crawford and Defendant Bounce Energy, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and through their undersigned counsel, respectfully stipulate to dismiss this case in its entirety, with prejudice, and with both parties bearing their own costs, fees, and expenses.

Dated: December 17, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ James J. Manchee <br> James J. Manchee <br> State Bar Number 00796988 <br> jim@mancheelawfirm.com <br> Manchee & Manchee, PC <br> 5048 Tennyson Parkway, Suite 250 <br> Plano, Texas 75024 <br> (972) 960-2240 (Telephone) <br> (972) 233-0713 (Facsimile) <br><br> **ATTORNEYS FOR PLAINTIFF** | /s/ "Trey" B.G. Sandoval III (w/permission) <br> Michele Y. Smith <br> State Bar No. 00785296 <br> MicheleSmith@Mehaffyweber.com <br> "Trey" B.G. Sandoval III <br> State Bar No. 24048784 <br> TreySandoval@Mehaffyweber.com <br> MehaffyWeber, P.C. <br> One Allen Center <br> 500 Dallas Street, Ste 1200 <br> Houston, Texas 77002 <br> T: (713) 655-1200 <br> F: (713) 655-0222 <br><br> **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2020, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

                                            */s/ James J. Manchee*
                                            James J. Manchee