IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TRICIA ANN BAYSINGER F/K/A<br>TRICIA A. CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>BOUNCE ENERGY, INC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No.: 4:20-cv-319-RWS-KPJ<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Pursuant to the Court's order adopting the Report and Recommendation of the Magistrate Judge, the Court enters Final Judgment.  It is hereby

**ORDERED** that the above-captioned cause of action is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the above-captioned cause of action.

**So ORDERED and SIGNED this 26th day of January, 2021.**

*[Signature]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE